**1366**

**E. B. WEBER, E. A. Schlecht, Robert J. Caley, Norman L. Buckner, Carl M. Halvorson, Eric Hoffman, J. M. Steinmuller, Jr., and G. O. Gulde, as Trustees for the Oregon-Washington Carpenters-Employers Health and Welfare, Pension, and Apprenticeship and Training Trust Funds, Appellants,**

v.

**Wendell HIATT, Appellee.**

**No. 23948.**

United States Court of Appeals, Ninth Circuit.

May 6, 1970.

Paul T. Bailey (argued), Stephen M. Malm, of Bailey, Swink & Haas of Portland, Or., for appellants.

Henry R. Camarot (argued), of Sanders, Lively, Camarot & Wiswall, Springfield, Or., for appellee.

Before CHAMBERS and WRIGHT, Circuit Judges, and BOLDT, District Judge.*

PER CURIAM:

This case concerns the same carpenters' fund as was before the court in Hiatt (Bernard) v. Schlecht, et al., 400 F.2d 875 (9th Cir. 1968).

There are minor differences and the Wendell Hiatt position here is slightly better than Bernard's in the first case. But we do not find the factors significant enough to call for a different result. Most of the arguments presented by the plaintiffs (appellants) here would be equally applicable to the first Hiatt case. Any "affecting" of commerce, in our view, is exceedingly *de minimis*.

The judgment of the district court dismissing the action for lack of subject-matter jurisdiction (the activities not "affecting" commerce) is affirmed.

---

**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**ALLEGHENY BEVERAGE CORPORATION d/b/a Royal Crown Bottling Co., Respondent.**

**Nos. 28482, 28484.**

United States Court of Appeals, Fifth Circuit.

May 27, 1970.

No. 28482:

Marcel Mallet-Prevost, Asst. Gen. Counsel, N.L.R.B., Washington, D. C., John F. LeBus, Director, N.L.R.B., New Orleans, La., Robert A. Giannasi, Atty., N.L.R.B., Washington, D. C., for petitioner.

No. 28484:

Marcel Mallet-Prevost, Asst. General Counsel, N.L.R.B., Washington, D. C., Charles M. Paschal, Jr., Atty., N.L.R.B., New Orleans, La., Robert A. Giannasi, Atty., N.L.R.B., Washington, D. C., for petitioner.

David S. Klein, Malcolm R. Kitt, Baltimore, Md., Andrew C. Partee, Jr., C. Dale Stout, Kullman, Lang, Keenan, Inman & Bee, New Orleans, La., for respondent.

Before BELL, COLEMAN, and AINSWORTH, Circuit Judges.

PER CURIAM:

These cases were consolidated for hearing and decision. The § 8(a) (1), (3) and (5) violations found by the Board are amply supported by the facts considered on the record as a whole. It not appearing from the record in this court that the matters involved are moot, that question should be addressed to the Board.

Enforced.

---

* The Honorable George H. Boldt, Western District of Washington.